# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| BROWN OSBORNE and<br>JENNIFER OSBORNE,<br><br>    Plaintiffs,<br><br>v.<br><br>TERRY WHITEHEAD CONSTRUCTION, LLC<br>and STATE FARM INSURANCE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 2:14-CV-90<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

Comes the parties, by and through counsel, and hereby submit their Joint Stipulation of Dismissal of this action with prejudice. In support of this Stipulation, the parties would show that they have reached a settlement as to State Farm Insurance that is agreeable to the Plaintiffs. A proposed Order of Dismissal is attached to this Joint Stipulation as Exhibit A.

Respectfully submitted this 4th day of November, 2015.

                **PAINE | BICKERS LLP**

                /s/ Matthew J. Evans
                Matthew J. Evans (BPR #017973)
                Katherine S. Goodner (BPR # 030499)
                2200 Riverview Tower
                900 South Gay Street
                Knoxville, TN 37902
                (865) 525-0880
                *Attorneys for Defendant State Farm Insurance*

**WOHLFORD AND ROBERTS**

/s/ Jonathan E. Roberts
Jonathan E. Roberts (BPR #026557)
900 Anderson Street
Bristol, TN  37620
(423) 968-7081
*Attorney for Plaintiffs*


/s/ Randy Kennedy
Randy Kennedy (BPR #006674)
Attorney at Law
625 Anderson Street
Bristol, TN 37620
(423) 764-7162

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ Matthew J. Evans
Matthew J. Evans (BPR #017973)

Katherine S. Goodner (BPR #030499)

**PAINE | BICKERS LLP**
900 South Gay Street, Suite 2200
Knoxville, TN 37902-1821
Phone: (865) 525-0880

*Counsel for Defendant State Farm Insurance*