UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| BROWN OSBORNE and<br>JENNIFER OSBORNE, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | NO. 2:14-CV-90 |
| STATE FARM FIRE AND CASUALTY<br>COMPANY, ET AL., | )<br>)<br>) | |
| Defendants. | ) | |

## ORDER

On November 20, 2015 the clerk of court entered a default, [Doc 36], against defendant Terry Whitehead Construction, LLC. In the plaintiffs' application for default, [Doc. 24], the plaintiffs indicated discovery would be needed before an amount of damages could be calculated. The parties will have ninety (90) days from the date of this order to conduct discovery on the issue of damages for which defendant Terry Whitehead Construction, LLC is accountable. At the close of discovery, the plaintiffs will need to apply to the court for a default judgment as required by Federal Rule of Civil Procedure 55(b).

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE